

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2016

No. 04-15-00820-CV

**IN THE ESTATE OF STEPHEN EVERETT KOONTZ, DECEASED**,

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000048
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was due on April 15, 20126. *See* TEX. R. APP. P. 38.6(a). On April 14, 2016, Appellant filed an unopposed first motion for a thirty-two day extension of time to file his brief until May 16, 2016.

Appellant's motion is GRANTED. Appellant's brief is due on May 16, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court